The People *ex rel.* Michael Urban, Petitioner-Appellant, *v.* Elza Brantley, Warden, Illinois State Penitentiary at Menard, Respondent-Appellee.

(No. 73-321;

Fifth District—April 2, 1974.

PER CURIAM.

CARTER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, (Timothy F. Flynn, Assistant Appellate Defender, of counsel), for appellant.

Robert H. Rice, State's Attorney, of Belleville, for the People.